# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-50037

———————

United States Court of Appeals
Fifth Circuit

**FILED**

August 26, 2025

Lyle W. Cayce
Clerk

Amanda Wood,

*Plaintiff—Appellant*,

*versus*

City of San Antonio; Martha Martinez, *San Antonio Police Department Officer*; J. Ortiz, *San Antonio Police Department Officer*,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-187

———————————————————

Before Richman, Haynes, and Duncan, *Circuit Judges*.

Priscilla Richman, *Circuit Judge*:[*]

We affirm the judgment of the district court for the following reasons:

———————————————

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 23-50037

1. There is no clearly established law indicating that Officers Ortiz and Martinez violated Wood's constitutional rights.

2. The San Antonio Police Department's policies are not facially unconstitutional.

3. Wood's *Monell*[1] claims against the City of San Antonio for failure-to-train, failure-to-supervise, and failure-to-discipline fail because she does not demonstrate deliberate indifference.

AFFIRMED.

---

[1] *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

2